**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 22-CR-20028-02 |
| ) | |
| **CHRISTOPHER L. MENDENHALL,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION**

On June 5, 2024, a Report and Recommendation (#63) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant's plea of guilty as to Counts 1s through 4s of the Superseding Indictment (#22) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for October 18, 2024, at 2:15 pm before this court.

ENTERED this 21st day of June, 2024.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE